# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2025 MAY -2 P 2:33

(Full name of plaintiff(s))

Marcus L. Lewis

v.

(Full name of defendant(s))

Hannah C. Dugan, Jonathan David Richards, State of Wisconsin, City of Cudahy, Janet Moeris, John E. Dobagi III, Grace Flynn, Micheal V. Fuentes, Matthew Zisi, Milwaukee Sheriff's Department, Wellpath

Case Number: 25-C-0645
(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** (State) and resides at **1335 E Randolph Ct. Apt. B Milwaukee, WI 53212** (Address).

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **Milwaukee County Clerk of Circuit Court, City of Cudahy Municipal Court, etc.** (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)

and (if a person) resides at ___901 W North St Unit 104 Milwaukee, WI 53233___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Francisco Jesus Izquierdo, Kimberly Scheopps, Jonathan David Richards, Joe Riepenhoff, Matthew Raymond Zisl, Hannah C. Duga, Grace Flynn, Noah Gehling, Luke K. Chang, Joe Riepenhoff, Cudahy Police Department, State of Wisconsin, County of Milwaukee, Milwaukee County Sheriff's Department, Maria S. Dorsey, Milwaukee County Clerk of Circuit Court Criminal Division, Craig A. Bultman, City of Cudahy, Wisconsin State Public Defender, Craig A Bultman, Aaron Agenten, Jeremiah Szydel, Sarah Mackenzie Dahdouh, Wellpath and

Complaint – 2

Tammi Beault 2. Ex parte by Zisi + Richards + Fuentes committing malicious prosecution violating 14th amendment, Hannah dugan denying due process violating 14th amendment, Fuentes for misrepresentation participating in fraud on court with Zisi + Richards, Izquierdo + Bilda + Haw violated 4th amendment, Zisi + Dabdoub for malicious prosecution, Flynn + Riepenhoff violating 14th amendment and 8th amendment, Richards for conflict of interest, Morris + Dobogai II for fraud on court + malicious prosecution, Izquierdo false police report, Wellpath + Tammi Beault for falsifying documents to help false arrest, Richards for concealment of facts, Gehling for violating court orders, Richards + Izquierdo for tampering with warrant, Richards for double jeopardy, Morris for office fraud falsifying documents, Summers + Bultman violating 4th amendment, 3. Dates of violations: 12-5-21, 2-26-20, 6-16-23 up to 5-1-25 4. Violation took place in West Allis, Milwaukee County, and City of Cudahy, all state of Wisconsin 5. Violation took place for financial gain, OWI grants, arrest incentives, racial profiling, promotion, and personal recognition, to put end to my independent transportation business.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

$950,000 for financial loses that I would have made from March 2022 to May 2025, for loss of lease to own semi truck, for loss of owner operator independent semi truck cross country semi truck business, Reinstate commercial driver license, it expired in 2024, and Andrew R. Bilda on brady list, investigate Richards OWI cases from 2021 to 2025. Investigate cudahy police department OWI cases from 2020 up to 2025. Investigate Dugan OWI court reports from 2023 up to 2025, Dobagai II lawfirm, while a judge, to see if he was practicing law while being a cudahy judge.

Complaint – 4

E.     JURY DEMAND

      I want a jury to hear my case.

        ☑ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this \_\_2nd\_\_ day of \_\_May\_\_ 20\_25\_.

      Respectfully Submitted,

      *Marcus L Lewis*
      Signature of Plaintiff

      414-412-7961
      Plaintiff's Telephone Number

      Thekingbusiness@aol.com
      Plaintiff's Email Address

      1335 E Randolph Ct Apt B
      Milwaukee, WI 53212
      (Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5