UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARCUS L LEWIS,

        Plaintiffs,

   v.                                  Case No. 25-cv-0645-bhl

HANNAH C. DUGAN, et al,

        Defendants.

## ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

    Plaintiff Marcus Lewis is a vexatious *pro se* litigator who has filed six cases in this District over the past two years. (*See Lewis v. Szudarski*, 24-cv-00150-BHL, ECF No. 1; *Lewis v. Bilda*, 24-cv-00589-BHL, ECF No. 1; *Lewis v. City of Cudahy*, 24-cv-00918-BHL, ECF No. 1; *Lewis v. Ludwig*, 24-cv-01013-PP, ECF No. 1; *Lewis v. City of Cudahy*, 24-cv-01492-BHL, ECF No. 1; *Lewis v. Dugan*, 25-cv-00645-BHL, ECF No. 1.) All six cases have been dismissed, with only one surviving screening. Lewis's complaints are difficult to follow, with smatterings of factual allegations, jammed between recitations of legal jargon and citations. Ultimately, his claims appear related to an arrest and subsequent court proceedings in which he believes he was not treated properly. In the single case in which he was allowed to proceed, the Court granted summary judgment to the Defendants based on uncontroverted evidence that they had not violated Lewis's Fourth Amendment rights and that his allegations to the contrary were unsupported. (*Lewis v. Szudarski*, 24-cv-00150-BHL, ECF No. 108).

    This is one of the cases in which the Court dismissed Lewis's claims at screening. After concluding that his complaint failed to state a claim, the Court dismissed the case and entered judgment against Lewis on May 27, 2025. (ECF Nos. 8 & 9.) Now, more than 8 months later, Lewis has filed a "Motion for summary judgment" in which he alleges fraud on the court and invokes Federal Rule of Civil Procedure 60(d)(3). (ECF No. 11.) Confusingly, the document includes the caption for a different case, *Lewis v. Szudarski*, 24-cv-00150-BHL, but Lewis instructed that the motion be filed in this case.

Lewis's latest filing does not establish fraud on the court or any other basis for relief under Federal Rule of Civil Procedure 60.  That Lewis disagrees with the Court's rulings in another case, *Lewis v. Szudarski*, 24-cv-00150-BHL, does not mean that he has been the victim of fraud or that he is entitled to relief from the judgment entered in this case almost a year ago.  Because he has not established grounds for relief from the judgment in this case, Lewis's motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Lewis's motion for summary judgment, ECF No. 11, is **DENIED**.

Dated at Milwaukee, Wisconsin on February 11, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge